IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 81374-9-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | ORDER WITHDRAWING AND |
| | ) | SUBSTITUTING OPINION |
| DARIUS MICHAEL BURGENS, | ) | |
| | ) | |
| Appellant. | ) | |

The panel has determined that the opinion filed on June 15, 2020 should be withdrawn and a substitute opinion filed to make a correction on page 7. Now, therefore, it is hereby

ORDERED that the opinion filed on June 15, 2020 shall be withdrawn and a substitute unpublished opinion shall be filed.

_____
Brennan, J

_____          _____
Chun, J.                                  Andrus, A.C.J.